# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**GANIYU AYINLA JAIYEOLA**

    Plaintiff-Appellant,

v.                                        Case No. 23-3174

                                      (D.C. No. 2:20-CV-02068)

**GARMIN INTERNATIONAL, INC.**

    Defendant-Appellee.

## DEFENDANT-APPELLEE'S NOTICE

COMES NOW, Defendant-Appellee Garmin International, Inc. ("Garmin") and hereby provides notice to the Court that it does not intend to file a brief in this appeal.

                                      Respectfully submitted,

                                      */s/ Kerri S. Reisdorff*
                                      Kerri S. Reisdorff
                                      **OGLETREE, DEAKINS, NASH,**
                                      **SMOAK & STEWART, P.C.**
                                      700 W. 47th Street, Suite 500
                                      Kansas City, MO 64112
                                      Telephone: 816.471.1301
                                      Facsimile: 816.471.1303
                                      Email: kerri.reisdorff@ogletree.com

                                      Attorney for Defendant-Appellee

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I electronically filed the foregoing using the court's CM/ECF system, which will send notification of such filing to the following: Ganiyu Ayinla Jaiyeola, ganiyu.jaiyeola@gmail.com, Pro Se Appellant/Plaintiff.

*/s/ Kerri S. Reisdorff*
Attorney for Defendant-Appellee
Garmin International, Inc.
